IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSEMARIE H. TRUMAN         *

    Plaintiff,                *

v.                                    *

                                 Civil Action No.: 1:07-cv-01556

FRED B. GOLDBERG, et al.     *

    Defendants.               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF SERVICE

I, LISA B. HALL, do hereby certify that on the 20th day of September, 2007, I mailed, via certified mail, restricted delivery, and return receipt requested, Article No. 7004 1350 0001 3814 1952, a copy of the Writ of Summons, Civil Cover Sheet, Complaint, Jury Demand, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above-captioned case to Defendant Julian H. Spirer, Esquire. The return receipt was endorsed by Ashlee J. Slone, on September 25, 2007 and returned to this office. A copy of the return receipt is attached hereto as Exhibit A.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct to the best of my knowledge, information and belief.

*[Signature]*                                                     10/10/07

Lisa B. Hall # 26568                                              Date
David G. Whitworth, Jr. #00730
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035 or (410) 721-7169
Lhall@wstlaw.com
Dwhitworth@wstlaw.com
Attorneys For Plaintiff

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Julian H. Spirer<br>7101 Wisconsin Avenue, N.W.<br>Suite 1201<br>Bethesda, Maryland 20814 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0001 3814 1952 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | 4.10 |
| Total Postage & Fees | $ 10.26 |

Sent To: Julian H. Spirer
Street, Apt. No.; or PO Box No.: 7101 Wisconsin Ave, NW, Ste1201
City, State, ZIP+4: Bethesda, Maryland, 20814

PS Form 3800, June 2002    See Reverse for Instructions



PLAINTIFF'S EXHIBIT A