IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEMARIE H. TRUMAN, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No.: 07-cv-1556 (RMU) |
| v. | * |
| | * |
| FRED B. GOLDBERG, et al., | * |
| | * |
| Defendants. | * |
| | * |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE
LOCAL RULES OF THE UNITED STATES
<u>DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>**

I, undersigned counsel of record for Defendant, Spirer & Goldberg, P.C., certify to the best of my knowledge and belief there are no parent companies, subsidiaries or affiliates of my client which have any outstanding securities in the hands of the public.

These representations are made in order that Judges of this Court may determine the need for recusal.

Respectfully submitted,

**JORDAN, COYNE & SAVITS, L.L.P.**

By:   /s/ ***Deborah Murrell Whelihan***
Deborah Murrell Whelihan, #412454
Wesley P. Gelb, #490007
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C.  20036
(202) 296-4747
(202) 496-2800 facsimile
d.whelihan@jocs-law.com
w.gelb@jocs-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Certificate Required By LCvR 7.1 Of The Local Rules Of The United States District Court For The District Of Columbia was served electronically and mailed, postage prepaid, this 16th day of October, 2007, to:

>David G. Whitworth, Jr., Esquire
>Toni-Ann DiMaggio, Esquire
>Whitworth & Trunnell, P.A.
>2101 Defense Highway
>Crofton, MD 21114

>/s/ Wesley P. Gelb
>Wesley P. Gelb