IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEMARIE H. TRUMAN, | * |
| | * |
| Plaintiff, | * |
| | *     Civil Action No.: 07-cv-1556 (RMU) |
| v. | * |
| | * |
| FRED B. GOLDBERG, et al., | * |
| | * |
| Defendants. | * |
| | * |

**ENTRY OF APPEARANCE**

Please enter the appearance of Wesley P. Gelb of Jordan Coyne & Savits, LLP as co-counsel for Defendants, Frederick ("Fred") B. Goldberg, Esquire, Julian H. Spirer, Esquire, and Spirer & Goldberg, P.C.

Respectfully submitted,

**JORDAN, COYNE & SAVITS, L.L.P.**

By:   /s/ Wesley P. Gelb
Deborah Murrell Whelihan, #412454
Wesley P. Gelb, #490007
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C.  20036
(202) 296-4747
(202) 496-2800 facsimile
d.whelihan@jocs-law.com
w.gelb@jocs-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Entry of Appearance, was mailed, postage prepaid, this  17th  day of October, 2007, to:

>David G. Whitworth, Jr., Esquire
>Toni-Ann DiMaggio, Esquire
>Whitworth & Trunnell, P.A.
>2101 Defense Highway
>Crofton, MD 21114

>  /s/ Wesley P. Gelb
> Wesley P. Gelb