IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEMARIE H. TRUMAN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:07-cv-01556 |
| FRED B. GOLDBERG, et al. | * | |
| Defendants | * | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Rosemarie Truman, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of my client which have any outstanding securities in the hands of the public.

These representations are made in order that Judges of this Court may determine the need for recusal.

    /s/ Toni-AnnDiMaggio_____
Toni-Ann DiMaggio    #490860
David G. Whitworth, Jr. #00730
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035 or (410) 721-7169
TDiMaggio@wstlaw.com
Dwhitworth@wstlaw.com
Attorneys For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this __24th__ day of October, 2007, a copy of the foregoing Certificate Rule LCvR 7.1 was served electronically and mailed, postage prepaid to:

Deborah Murrell Whelihan
Wesley P. Gelb
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

    /s/ Toni-Ann DiMaggio_____
Toni-Ann DiMaggio