IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSEMARIE H. TRUMAN           *

      Plaintiff,                    *

v.                                       *

                                  Civil Action No.: 1:07-cv-01556

FRED B. GOLDBERG, et al .     *

      Defendants.                   *

*   *   *   *   *   *   *   *   *   *   *   *   *

NOTICE OF ERRATA

    Plaintiff, by and through her undersigned counsel, hereby files this Notice of Errata and substitutes the corrected Affidavits of Service on Fred B. Goldberg and Julian H. Spirer.

                             _/s/ Toni-Ann DiMaggio_____     _10/26/07____
                             Toni-Ann DiMaggio #490860            Date
                             David G. Whitworth, Jr. #00730
                             WHITWORTH & TRUNNELL, P.A.
                             2101 Defense Highway
                             Crofton, Maryland 21114
                             (301) 261-0035 or (410) 721-7169
                             TDiMaggio@wstlaw.com
                             Dwhitworth@wstlaw.com
                             Attorneys For Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEMARIE H. TRUMAN | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:07-cv-01556 |
| FRED B. GOLDBERG, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

I, TONI-ANN DIMAGGIO, do hereby certify that on the 20th day of September, 2007, I mailed, via certified mail, restricted delivery, and return receipt requested, Article No. 7004 1350 0001 3814 1952, a copy of the Writ of Summons, Civil Cover Sheet, Complaint, Jury Demand, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above-captioned case to Defendant Julian H. Spirer, Esquire. The return receipt was endorsed by Ashlee J. Slone, on September 25, 2007 and returned to this office. A copy of the return receipt is attached hereto as Exhibit A.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct to the best of my knowledge, information and belief.

                                                 _/s/ Toni-Ann DiMaggio_____      _10/26/07____
                                                 Toni-Ann DiMaggio #490860              Date
                                                 David G. Whitworth, Jr. #00730
                                                 WHITWORTH & TRUNNELL, P.A.
                                                 2101 Defense Highway
                                                 Crofton, Maryland 21114
                                                 (301) 261-0035 or (410) 721-7169
                                                 TDiMaggio@wstlaw.com
                                                 Dwhitworth@wstlaw.com
                                                 Attorneys For Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEMARIE H. TRUMAN | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:07-cv-01556 |
| FRED B. GOLDBERG, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

I, TONI-ANN DIMAGGIO, do hereby certify that on the 20th day of September, 2007, I mailed, via certified mail, restricted delivery, and return receipt requested, Article No. 7004 1350 0001 3814 1969, a copy of the Writ of Summons, Civil Cover Sheet, Complaint, Jury Demand, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above-captioned case to Defendant Fred B. Goldberg, Esquire. The return receipt was endorsed by Jennifer Elcatch, on September 24, 2007 and returned to this office. A copy of the return receipt is attached hereto as Exhibit A.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct to the best of my knowledge, information and belief.

                                           _/s/ Toni-Ann DiMaggio_____    _10/26/07____
                                           Toni-Ann DiMaggio #490860             Date
                                           David G. Whitworth, Jr. #00730
                                           WHITWORTH & TRUNNELL, P.A.
                                           2101 Defense Highway
                                           Crofton, Maryland 21114
                                           (301) 261-0035 or (410) 721-7169
                                           TDiMaggio@wstlaw.com
                                           Dwhitworth@wstlaw.com
                                           Attorneys For Plaintiff