IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSEMARIE  H. TRUMAN                    *

               Plaintiff,                    *

      v.                                        *
                              Civil Action No.: 1:07-cv-01556

FRED B. GOLDBERG, et al .              *

           Defendants.                    *

*     *     *     *     *     *     *     *     *     *     *     *     *

<u>MOTION TO APPEAR *PRO HAC VICE*</u>

Pursuant to Local Rule 83.2(c), I, Toni-Ann DiMaggio, a member in good standing of the

Bar of this Court, move for the *pro hac vice* appearance of Lisa B. Hall in the above referenced

matter; and in support thereof refer this Honorable Court to the applicant's Declaration, attached

hereto.

                       */s/ Toni-Ann DiMaggio*                    *01/08/08*
                       Toni-Ann DiMaggio #490860                    Date
                       David G. Whitworth, Jr. #00730
                       WHITWORTH & TRUNNELL, P.A.
                       2101 Defense Highway
                       Crofton, Maryland 21114
                       (301) 261-0035 or (410) 721-7169
                       TDiMaggio@wstlaw.com
                       Dwhitworth@wstlaw.com
                       Attorneys For Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSEMARIE  H. TRUMAN    *

    Plaintiff,   *

  v.      *
          Civil Action No.: 1:07-cv-01556
FRED B. GOLDBERG, et al .  *

    Defendants.  *

* * * * * * * * * * * * *

DECLARATION

   Pursuant to Local Rule 83.2(c), and in support of the Motion for my *pro hac vice* appearance in the above referenced matter, I, Lisa B. Hall, declare:

1)  That my full name is Lisa Boylan Hall;

**2)**  That my office address and telephone number are as follows: Whitworth & Trunnell, P.A., 2101 Defense Highway, Crofton, Maryland, 21114; (410) 721-7169; email address: Lhall@WSTLaw.com;

**3)**  That I am admitted to the Bar of the State of Maryland, the U.S. Supreme Court Bar, and the U.S. District Court for the District of Maryland;

**4)**  That I certify that I have never been disciplined by any Bar;

**5)**  That I have never been admitted pro hac vice to appear before this Honorable Court;

**6)**  That I do not engage in the practice of law from an office located in the District of Columbia; and

**7)**  That I have an application pending for admission to the Bar of the District of Columbia.

       _/s/ Lisa B. Hall_     _01/08/08_____

WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035 or (410) 721-7169
TDiMaggio@wstlaw.com
Dwhitworth@wstlaw.com
Attorneys For Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSEMARIE  H. TRUMAN                    *

             Plaintiff,                    *

     v.                                          *

                                 Civil Action No.: 1:07-cv-01556

FRED B. GOLDBERG, et al .                 *

           Defendants.                 *

  *    *    *    *    *    *    *    *    *    *    *    *    *

<u>ORDER</u>

Upon consideration of counsel's for Plaintiff, Motion to appear *pro hac vice* of Lisa B. Hall,

it is this _____ day of January, 2008, hereby GRANTED.

_____
Judge