IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEMARIE H. TRUMAN | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No.: 1:07-cv-01556 |
| FRED B. GOLDBERG, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S EXPERT WITNESS DESIGNATION

COMES NOW the Plaintiff, ROSEMARIE TRUMAN, by and through her undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, and pursuant to pursuant to Rule 26(a)(2), and the Court's Scheduling Order, designates the following expert witnesses expected to be called at trial in accordance with Rules 702, 703, or 705 of the Federal Rules of Evidence:

1. William Alden McDaniel, Jr., Esquire
   118 West Mulberry Street
   Baltimore, Maryland 21201-3600
   (410) 685-3810

William Alden McDaniel, Jr., Esquire has been retained as a legal standard of care expert who is expected to testify at the time of trial in the above-captioned matter on behalf of the Plaintiff, Rosemarie H. Truman (hereinafter referred to as "Truman"). Mr. McDaniel will testify as to the relevant standard of care required of the Defendants, and as to the breach of the standard of care by the Defendants in their representation of and advice to Truman in the matters styled as: (1) Truman v. King, case number: 223188, filed in the Montgomery County Circuit Court, Maryland; (2) Truman v. MBNA North America Bank, N.A., filed in the U.S. District

Court for the District of Maryland, case number: AMD 01 CV 2943; (3) Truman v. Merrill Lynch, Pierce, Fenner & Smith, Inc., filed before the National Association of Securities Dealers, Inc., NAS-DR, case number: 03-08157; (4) Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Truman, filed in Montgomery County Circuit Court, Maryland, case number: 254716V; and (5) Truman v. Merrill Lynch, Pierce, Fenner & Smith, Inc., filed in the Court of Special Appeals of Maryland, Case Number: 2469, September term.

Specifically, Mr. McDaniel will testify as to the Defendants' breach of the standard of care when they failed to use the degree of care and skill that reasonably competent attorneys acting under similar circumstances would use by failing to designate a handwriting expert; by failing to call, by deposition or live testimony, the notary public who witnessed King's signature on the promissory note; by failing to introduce emails between Truman and King regarding the promissory note; and by proceeding first against King and tolling the statute of limitations governing Plaintiff's potential claim against Merrill Lynch. Mr. McDaniel will testify that, as a direct and proximate result of Defendants' negligent advice, Truman was unable to substantiate the promissory note and the monies owed by King at trial, and further, she was collaterally estopped from recovering against Merrill Lynch. Moreover, Mr. McDaniel will offer testimony as to the Defendants' general failure to conduct appropriate discovery, to designate other necessary witnesses, and to introduce sufficient exhibits at trial.

Mr. McDaniel's background, training, and experience are summarized in his *Resume*, attached hereto as exhibit A, and incorporated herein. Mr. McDaniel is an attorney and member of the Law Offices of William Alden McDaniel, Jr. His practice areas include litigation, white-collar crime, commercial litigation, business litigation, contract litigation, fraud and deceit, and appellate practice. In particular, Mr. McDaniel counsels clients regarding matters arising out of

commercial, corporate, and business, litigation and arbitration. Mr. McDaniel will be compensated at a rate of $425.00 per hour. Over the last four (4) years, Mr. McDaniel has not testified at trial or by deposition in any cases.

Mr. McDaniel received his A.B. magna cum laude from Harvard University in 1973 and his J.D. degree from the University of Virginia in 1977, where he was editor-in-chief of the Virginia Law Review from 1976 to 1977. During this time, Mr. McDaniel was also a member of the Raven Society, and the Order of the Coif. He was admitted to the District of Columbia and U.S. Court of Appeals for the District of Columbia Circuit in 1979, the U.S. District Court for the District of Columbia in 1980, the U.S. Court of Appeals, Fourth Circuit, in 1981, the U.S. Supreme Court in 1983, the Maryland Court of Appeals and U.S. District Court in 1984, the U.S. Court of Appeals, Ninth Circuit, in 2002; and the United States Court of Appeals for the Second Circuit, 2007.

From 1977 to 1978, Mr. McDaniel was the law clerk to the Honorable Collins J. Seitz, Chief Judge, U.S. Court of Appeals for the Third Circuit. Thereafter, from 1978-1979 he served as a law clerk to the Honorable Harry A. Blackmun, Associate Justice, U.S. Supreme Court. From 1988 to 1992, Mr. McDaniel lectured in the area of Appellate Advocacy at the University of Baltimore Law School. From 1990 to 1998, he served as an Adjunct Instructor in Trial Advocacy, Civil Litigation, and the Practice Program at the University of Virginia Law School. Mr. McDaniel was a Member of the Board of Directors of the Maryland Legal Services Corp. from 1995 to 1999, and has been a Member of the Board of Directors, and President of the Harry A. Blackmun Scholarship Foundation, Inc., from 1994 to the present. He is currently a member of the National Panel of Arbitrators, American Arbitration Association.

In addition, Mr. McDaniel has several publication credits. In 1985, he authored "Public Trials," which was published in the Hamline University Law Review. In 1991, Mr. McDaniel authored Chapter 23 of Criminal Defense Techniques (Mathew Bender), titled "Brady: Strategy and Tactics."

Mr. McDaniel's opinions are based on his training and experience and on his review of the written materials provided to him in connection with this matter, including but not limited to the documents set forth on Exhibit B. Mr. McDaniel may also rely on supplemental documentation, discovery, and witness testimony that will be provided to him as discovery continues in the above-captioned matter. In addition, Mr. McDaniel will base his opinions and trial testimony on the sworn testimony, exhibits, and evidence presented at trial. Pursuant to Rule 26(a)(2), Mr. McDaniel's report is attached hereto and incorporated herein as exhibit C. Said report confirms his adoption of the opinions set forth herein.

Mr. McDaniel opines that the Defendants were negligent in their legal representation of and advice to Truman, as set forth in the Complaint for Legal Malpractice. Mr. McDaniel opines the Defendants failed to use the degree of care and skill that a reasonably competent attorney acting under similar circumstances would use during their representation of the Plaintiff in the matter styled as Truman v. King, case number: 223188, filed in the Montgomery County Circuit Court, Maryland. Specifically, the Defendants failed to designate an expert witness in handwriting to prove the checks were not signed by Truman, but were forgeries. Moreover, the Defendants failed to call the individual who notarized the promissory note that was the basis for one of the claims in the Truman v. King litigation, at trial or in deposition, and failed to introduce emails between the parties showing that King had made the note and provided it to Truman. Mr. McDaniel opines the Defendants could have presented into evidence documents

and testimony to support Plaintiff's claims against King. Moreover, Mr. McDaniel opines the Defendants' failure to present Plaintiff's case in an effective and competent manner proximately caused the Plaintiff's failure to carry her burden of proof. Moreover, as a direct and proximate result of the Defendants' acts and omissions, Truman's credibility was seriously impugned.

Additionally, Mr. McDaniel opines the Defendants failed to exercise reasonable care when they advised the Plaintiff to file suit against King first and to enter into an agreement tolling the applicable limitations against Merrill Lynch. Mr. McDaniel opines the claim against Merrill Lynch should have been pursued in arbitration first, as a ruling in an arbitration panel would not have provided a basis for collateral estoppel against the Plaintiff in the Montgomery County case. Alternatively, the negative ruling in the Circuit Court, which itself was caused by the Defendants' errors and omissions, collaterally estopped the Plaintiff from pursing her claim against Merrill Lynch.

Mr. McDaniel may further express opinions as to Defendants' negligent acts and omissions as discovery continues and at the time of trial, including but not limited to Defendants' failures as they related to the appeal in Truman v. Merrill Lynch, Pierce, Fenner & Smith, Inc., filed in the Court of Special Appeals of Maryland, Case Number: 2469, September term. Further, Mr. McDaniel will testify at trial that as a direct and proximate result of Defendants' negligent acts and omissions, the Plaintiff suffered economic damages. Additionally, he will offer his opinion as to the necessity, fairness, and reasonableness of the costs and attorneys' fees incurred by the Plaintiff to mitigate her damages proximately caused by the errors and omissions of the Defendant. Mr. McDaniel may also express his opinions related to the opinions of other experts that may testify at the time of trial.

2.  Larry F. Ziegler
    101 Flosway Lane
    Berkeley Springs, West Virginia 25411
    (304) 258-8472

Larry F. Ziegler has been retained as an expert document examiner. Mr. Ziegler is retired from the Federal Bureau of Investigation as a document examiner. Mr. Ziegler will testify as to the analysis and comparison of questioned handwriting in an effort to establish the authenticity, or lack thereof, of contested documents and signatures. Specifically, Mr. Ziegler will offer testimony at the time of trial related to his examination of forty two (42) CMA Cash Management Account Merrill Lynch Bank One checks, purportedly endorsed by Truman, in accordance with the report Mr. Ziegler provided to the Defendants in the underlying representation, dated July 29, 2003. Said July 29, 2003 report, is attached hereto and incorporated herein as exhibit D.

Mr. Ziegler's background, training, and experience are summarized in his *Resume*, attached hereto as exhibit E, and incorporated herein. In addition, exhibit D outlines Mr. Ziegler's relevant publications and papers. Mr. McDaniel will be compensated at a rate of Three Hundred Dollars ($300.00) per hour for document review and preparation, with a Two Thousand Four Hundred ($2,400.00) daily minimum for travel time outside of Morgan County, West Virginia, in addition to mileage at a rate of One Dollar Seven Cents ($1.07) per mile. Over the last four (4) years, Mr. Ziegler has testified at trial or by deposition in numerous cases. A list of Mr. Ziegler's trial testimony is attached hereto and incorporated herein as exhibit F, and a list of Mr. Ziegler's deposition testimony is attached hereto and incorporated herein as exhibit G.

Mr. Ziegler's opinions are based on his training and experience and on his review of the documents provided to him in connection with this matter, including but not limited to the documents addressed in his July 29, 2003 report. Mr. Ziegler will rely on supplemental

documentation, discovery, and witness testimony that will be provided to him as discovery continues in the above-captioned matter. In addition, Mr. Ziegler will base his opinions and trial testimony on the sworn testimony, exhibits, and evidence presented at trial.

3.    Plaintiff reserves the right to elicit expert testimony from any of the parties, fact witnesses, or other experts who may be called to testify in this case and to further designate additional expert testimony or opinions based on additional discovery that may be obtained in this case or the opinions of other experts that may be designated by the defense. Plaintiff reserves the right to supplement the above expert witness designation as discovery continues, and in accordance with the Federal Rules.

Respectfully submitted,

David G. Whitworth, Jr. (Bar Number: 224139)
Toni-Ann DiMaggio (Bar Number: 490860)
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, MD 21114
301-261-0035
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___14___ day of March, 2008, a copy of the foregoing Plaintiff's Expert Witness Designation was sent via facsimile and first class mail, postage prepaid, to:  Wesley P. Gelb, Esq., Jordan Coyne & Savits, L.L.P., 110 Connecticut Avenue, N.W., Suite 600, Washington, D.C. 20036, Attorney for Defendant.

David G. Whitworth, Jr. (Bar Number: 224139)

LAW OFFICES OF

# WILLIAM ALDEN McDANIEL, JR.

118 WEST MULBERRY STREET

BALTIMORE, MARYLAND 21201-3606

WILLIAM ALDEN McDANIEL, JR.†
BASSEL BAKHOS†◆

†ALSO ADMITTED IN
THE DISTRICT OF COLUMBIA

◆ALSO ADMITTED IN NEW JERSEY

AREA CODE 410
685-3810
TELECOPIER
685-0203

E-MAIL:
wam@wamcd.com
bb@wamcd.com

# FIRM RESUME

The **Law Offices of William Alden McDaniel, Jr.** handles a wide variety of litigation-related matters, including both civil and criminal cases, primarily in federal court, involving a range of substantive issues: business and corporate disputes, partnership disputes, fraud and business torts, contract actions, securities fraud and related cases, lender liability, accounting matters, libel, and various other tort actions for both plaintiffs and defendants, including professional malpractice. The firm also represents persons and corporations in complex criminal matters, including targets and witnesses before federal and state grand juries.

Most of the firm's practice involves cases where fraud or similar allegations are at issue in complex matters. Although small in size, the firm usually litigates against much larger firms, and typically handles cases where thousands of documents must be collated, reviewed, analyzed, and used in the case. The cases handled by the firm often involve issues of first impression in the court in which the case is pending.

The firm tries cases in court. The firm's lawyers know how to present and protect the interests of the firm's clients in the courtroom -- and they know how to win there. As a result, the lawyers know how to conduct the pretrial stages of a case -- initial motions, all phases of



Page 2

discovery, summary judgment -- not only to win at the earliest possible stage if possible, but also to prepare the best case for trial and on appeal.

Many of the firm's cases have involved intense and complicated discovery. The firm has extensive experience dealing with and litigating complex discovery issues, including issues dealing with the work-product privilege and the attorney-client privilege. The firm is committed to protecting its clients' interests in the discovery process.

The firm has been involved in a number of complicated criminal matters in federal and state courts. The firm has represented both individuals and corporations as witnesses, targets, and subjects in criminal investigations, and has represented many clients who have appeared before federal and state grand juries. The firm has experience in helping its clients in matters where issues relating to obstruction of justice, perjury, witness-tampering, and related issues increase the difficulty of the case.

The firm prides itself on its committed representation of corporations and persons in difficult cases, many of which have gained national attention. The firm represented White House officials and others in connection with various investigations during the Clinton Administration; a defendant in the Iran-Contra case; one of the Marines indicted in the Moscow spy scandal; various prominent officials allied with the Governor of Maryland in difficult litigation against city officials in Baltimore; a plaintiff in a major civil rights case against a national fraternity; and an array of corporations and private persons who found themselves engaged in high-stakes litigation in which their business, their money, and often their liberty were at risk. The firm represented officials of the White House in matters relating to the investigations conducted by Independent Counsel Kenneth

Page 3

Starr; a major automotive manufacturer in multi-district civil RICO litigation; a plaintiff in one of
the initial cases involving defamation on the Internet; and numerous plaintiffs and defendants in
public figure defamation cases.


I.      WILLIAM ALDEN McDANIEL, JR.

        Mr. McDaniel, 53, graduated *magna cum laude* from Harvard College in 1973. He
then attended the University of Virginia Law School, where he was Editor-In-Chief of the *Virginia
Law Review* and a member of the Order of the Coif. He graduated among the top five students in
his class.

        Mr. McDaniel then served as a law clerk to two federal judges: in 1977-1978, for
the Honorable Collins J. Seitz, Chief Judge of the United States Court of Appeals for the Third
Circuit; and in 1978-1979, for the Honorable Harry A. Blackmun, Associate Justice of the Supreme
Court of the United States. As a Supreme Court law clerk, Mr. McDaniel was one of only thirty
young lawyers chosen among the top law graduates in the United States to hold that job.

        From 1979 until 1984, Mr. McDaniel worked as an associate at the Washington,
D.C. law firm of Williams & Connolly, headed by Edward Bennett Williams. While there,
Mr. McDaniel worked on major civil and criminal cases across the country, including criminal
investigations of international corporations and business persons.

        In 1984, Mr. McDaniel left Williams & Connolly to start his own firm in Baltimore,
Maryland. Since going out on his own, Mr. McDaniel has tried numerous federal and state cases,
and argued many appeals. Reported cases in which he has acted as counsel include: *Flowers v.*

Page 4

Carville, 266 F. Supp. 2d 1245 (D. Nev. 2003); Flowers v. Carville, 112 F.Supp.2d 1202 (D.Nev.

2000); aff'd in part, 310 F. 3d 1118 (C.A. 9 2002); Eastern Shore Markets v. J.D. Associates, L.P.,

213 F.3d 175 (CA4 2000); In Re Grand Jury Proceedings, 5 F.Supp. 2d 21 (D.D.C. 1998), aff'd in

part and rev'd in part sub nom. In Re Lindsey, 158 F.3d 1263 (C.A.D.C. 1998), cert. denied sub

nom. Office of The President v. Office of Independent Counsel, 525 U.S. 996 (1998); Blumenthal v.

Drudge, 992 F.Supp. 44 (D.D.C. 1998); Yates v. Hagerstown Lodge 212 Loyal Order Of Moose,

878 F.Supp. 788 (D Md. 1995); Griva v. Davison, 637 A.2d 830 (D.C. App. 1994); United States v.

Clarridge, 811 F.Supp. 697 (D.D.C. 1992); United States v. Clines, 958 F.2d 578 (CA4 1992);

Zupnick-Rosslyn Limited Partnership v. Teos Realty Development, B.V., 935 F.2d 1289, 1991

WL101578 (C.A.4 1991); United States v. Singer, 889 F.2d 1327 (CA4 1989); United States v.

Morse, 800 F.2d 260 (CA4 1986); Carter v. District of Columbia, 795 F.2d 116 (CADC 1986);

United States v. Walker, 677 F.2d 1014 (CA4 1982); Hamilton v. Ford Motor Co., 636 F.2d 745

(CADC 1980); Federal Realty Investments v. Pacific Ins. Co., 760 F.Supp. 533 (D.Md. 1991);

Perini v. Perini, 715 F.Supp. 719 (D.Md. 1989); Baltimore Neighborhoods v. Plake Prop. Corp.,

1987 U.S. Dist. Lexis No. 13535 (D.Md.); Short v. United States Parole Commission, 549 F.Supp.

118 (D.D.C. 1982); Baltimore Arts Festival, Inc. v. Mayor and City Council of Baltimore, 326 Md.

653, 607 A.2d 1 (1992); Bornstein v. Helferstay, 311 Md. 302, 534 A.2d 686 (Md. Ct. App.) (1987);

and United States v. Edwards, 430 A.2d 1321 (D.C. App. 1981).

Mr. McDaniel was appointed in 1995 by the Governor of the State of Maryland to

the Board of Trustees of the Maryland Legal Services Corporation and reappointed in 1998. He is

President of the Harry A. Blackmun Scholarship Foundation, Inc., an organization comprising

LAW OFFICES OF
WILLIAM ALDEN MCDANIEL, JR.

Page 5

former clerks of Justice Blackmun across the nation who raise money for law school scholarships.

He taught trial advocacy and civil litigation practice at the University of Virginia Law School from

1990 through 1998, and for several years lectured on appellate advocacy at the University of

Baltimore Law School. He has written a number of articles and conducted seminars on various

topics relating to litigation in federal court. Mr. McDaniel served for six years as a trustee of the

Ruxton Country School.

Exhibit B

1)      Defendants' Answer (October 2007);

2)      Complaint filed in the United States District Court for the District of Columbia (August 2007);

3)      Court of Special Appeals unreported decision in *Truman v. Merrill Lynch, Pierce, Fenner & Smith, Inc* (March 2006);

4)      Order for Summary Judgment for Merrill Lynch by the Circuit Court for Montgomery County (December 2004);

5)      Motion for Summary Judgment, with attachments, filed by Merrill Lynch (September 2004);

6)      Fedder and Garten letter regarding NASD arbitration (October 2004);

7)      Spirer & Goldberg letter regarding NASD arbitration – statement of claim (December 2003);

8)      Merrill Lynch letter regarding statute of limitations (November 2003);

9)      Letter from Handwriting Expert (July 2003);

10)     Memorandum Opinion from the Montgomery Country Circuit Court in *Truman v. King* (April 2003);

11)     Amended Joint Pretrial Statement in *Truman v. King* (August 2002);

12)     William C. Miller (Mediator) letter to parties (August 2002);

13)     Joint Pretrial Statement in *Truman v. King* (July 2002);

14)     H. Levi (Counsel for King) letter to Goldberg (June 2002);

15)     Letter to Goldberg from Marsh & McClennan regarding Promissory Note (December 2001);

16)     Letter relating to tolling agreement between Truman and Merrill Lynch (May 29, 2001);

17)     Promissory Note (December 2000);

18)     Emails provided by Truman regarding money due her from King.



PLAINTIFF'S EXHIBIT

B

LAW OFFICES OF

# WILLIAM ALDEN McDANIEL, JR.

### 118 WEST MULBERRY STREET
### BALTIMORE, MARYLAND 21201-3606

WILLIAM ALDEN McDANIEL, JR.†
BASSEL BAKHOS†*

†ALSO ADMITTED IN
  THE DISTRICT OF COLUMBIA

*ALSO ADMITTED IN NEW JERSEY

AREA CODE 410
685-3810
TELECOPIER
685-0203

E-MAIL:
wam@wamcd.com
bb@wamcd.com

March 14, 2008

**VIA TELECOPIER TRANSMISSION**
**410.793.0291**

David G. Whitworth, Jr., Esquire
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, MD 21114

    Re:    *Truman v. Goldberg, et al.,* Civil Action No. 1:07-cv-01556 (D.Md.)
           **(Blake, J.)**

Dear Mr. Whitworth:

        I have reviewed the Plaintiff's Expert Witness Designation in the above case and
hereby adopt those portions of it relating to my opinions and expected testimony in this matter as
my written report.

        Thank you very much. With best professional regards, I remain,

                                    Very truly yours,

                                    *[signature]*

                                    William Alden McDaniel, Jr.

WAM/mmi
whitworth 11.doc


PLAINTIFF'S
EXHIBIT
C
ALL-STATE LEGAL®

## FORENSIC DOCUMENT SOLUTIONS

### LARRY F. ZIEGLER

*Examiner of Questioned Documents*

Retired FBI Document Examiner • Certified • Court Qualified

38 General Early Drive • Harpers Ferry, WV 25425 • tel: 888-380-4660 • 304-725-9267 • fax: 304-725-4493 • e-mail: fordocsols@aol.com

July 29, 2003

## VIA FACSIMILE (202) 628-4608 & U.S. FIRST CLASS MAIL
Mr. Fred B. Goldberg

Law Offices
Spirer & Goldberg, P.C.
927 Fifteenth Street, NW
Third Floor
Washington, D.C. 20005

RE:    *Rosemarie Truman*

Received: July 2, 2003

Forty-two (42) CMA Cash Management Account Merrill Lynch Bank One checks (photocopies) bearing a purported Rosemarie Truman makers' signature and endorsement on respective check(s), further described as follows:

| Exhibits: | Check Number: |
|-----------|---------------|
| Q1 | 356 |
| Q2 | 357 |
| Q3 | 361 |
| Q4 | 362 |
| Q5 | 363 |
| Q6 | 364 |
| Q7 | 368 |
| Q8 | 369 |
| Q9 | 370 |
| Q10 | 372 |
| Q11 | 373, also bears an endorsement |
| Q12 | 400 |
| Q13 | 501 |
| Q14 | 502, also bears an endorsement |
| Q15 | 504, also bears an endorsement |
| Q16 | 505 |
| Q17 | 506 |
| Q18 | 507 |
| Q19 | 508 |
| Q20 | 509 |
| Q21 | 510 |

PLAINTIFF'S
EXHIBIT
D
ALL-STATE LEGAL®

Mr. Fred B. Goldberg
RE:   **Rosemarie Truman**
July 29, 2003
Page 2 of 3

| | |
|---|---|
| Q22 | 511 |
| Q23 | 512 |
| Q24 | 513 |
| Q25 | 514 |
| Q26 | 515 |
| Q27 | 516 |
| Q28 | 517 |
| Q29 | 518 |
| Q30 | 520 |
| Q31 | 521 |
| Q32 | 522 |
| Q33 | 523 |
| Q34 | 524 |
| Q35 | 525 |
| Q36 | 526 |
| Q37 | 527 |
| Q38 | 528 |
| Q39 | 529 |
| Q40 | 530 |
| Q41 | 531 |
| Q42 | 537 |

Five- (5) CMA Cash Management Account Merrill Lynch Bank One checks (photocopies)
bearing an authentic Rosemarie Truman makers' signature further described as follows:

| **Exhibits:** | **Check Number:** |
|---|---|
| K1 | 358 |
| K2 | 359 |
| K3 | 458 |
| K4 | 464 |
| K5 | 535 |

### Request:

Determine whether Rosemarie Truman (Exhibits K1 through K5) wrote the questioned
Rosemarie Truman makers' signature and endorsement on Exhibits Q1 through Q42.

Mr. Fred B. Goldberg
RE:    **Rosemarie Truman**
July 29, 2003
Page 3 of 3

### Findings:

It was concluded that Rosemarie Truman did not write her name as the makers' signature or sign the endorsement in her name on the respective questioned check(s)

The questioned Rosemarie Truman signatures and endorsements, in my opinion, are simulations

### Remarks:

Simulated writings constitute a class of forgery in which an individual studies the writing of another and then attempts to duplicate what they have seen, either from memory or from a model. Such writings are characterized by tremor, unnatural pen lifts, uncertainty of movement and a general inattention to the subtleties of the writing being copied. In as much as simulated writings contain characteristics belonging to both the person whose signature is being copied, as well as those of the person who is doing the copying, it is generally not possible to determine the identity of the forger

While the submitted photocopies demonstrated a level of detail and clarity sufficient to facilitate the requested comparisons, it would nevertheless be prudent to confirm the above stated findings through an examination of the original evidence, given the limitations associated with the photocopying process. In that regard, this examiner reserves the right to modify or change instant findings upon review of the original evidence.

### Disposition of Exhibits:

The submitted specimens are returned herewith. Should testimony be required, it will be necessary to photograph the original documents in order to prepare quality enlargements for charting purposes.

Larry F. Ziegler
Forensic Document Examiner

*Forensic Document* ...*utions* – **LARRY F. ZIEGLER** - *Examiner of* , *stioned Documents*
Retired FBI Document Examiner • Certified • Court Qualified •
101 Flosway Lane • Berkeley Springs, WV 25411 • tel: 304-258-8472 • 866-410-8472 / fax: 304-258-8463
email: larryziegler@forensicdocumentsolutions.com / web: www.forensicdocumentsolutions.com

| | | |
|---|---|---|
| **PROFESSION** | | The examination of questioned documents consists of the analysis and comparison of questioned handwriting, hand printing, typewriting, commercial printing, photocopies, papers, inks, and other documentary evidence with known material in order to establish the authenticity of the contested material as well as the detection of alterations. |

**EXPERIENCE**

| | | |
|---|---|---|
| 4/97 | Present | Private Practice |
| 4/98 | 6/02 | Contract Consultant, Immigration & Naturalization Service, Forensic Document Laboratory McLean, VA |
| 10/94 | 4/97 | FBI Laboratory, Document Unit, FBI Headquarters, Washington, DC |
| 1/93 | 10/94 | Immigration & Naturalization Service, FDL, McLean, VA |
| 10/89 | 1/93 | Bureau of Alcohol, Tobacco & Firearms, National Laboratory, Rockville, MD |
| 10/87 | 10/89 | US Naval Intelligence, Regional Forensic Document Laboratory, San Diego, CA |
| 3/74 | 10/87 | United States Secret Service, Special Investigations & Securities Division, Washington, DC |
| 3/71 | 3/74 | US Treasury Dept., Office of the Treasurer, Document Unit, Washington, DC |
| 3/67 | 3/70 | Document Examiner Trainee, BCPD Crime Laboratory, Baltimore City, MD |
| 1/64 | 3/71 | Baltimore City Police Dept., Police Officer, Baltimore City, MD |

**TRAINING**    Participated in an intensive three year specialized training program in the Baltimore City Police Department Crime Laboratory; consisting of independent study, formal class instruction and practical case work, under the direct supervision of experienced document examiners. In addition, attended numerous seminars, workshops, scientific meetings, the FBI and United States Secret Service Questioned Document Courses and other formal training seminars presented by law enforcement agencies, universities, military commands, professional societies and commercial business institutes pertaining to questioned documents.

**TESTIMONY**    Qualified and testified as an expert witness several hundred times in every state in the United States; the Virgin Islands, and the Philippine Islands; in person, telephonically and via video in federal, state, municipal, military and immigration courts, including grand juries, hearings and depositions as the result of many thousands of examinations.

**CERTIFICATIONS**    FBI, INS, BATF, USSS, US Naval Intelligence, US Treasury Dept., Office of The Treasurer & BCPD Forensic Document Laboratories

**PROFICIENCY**
**TESTING**    While in the employ of the INS, FBI & BATF, was subject to testing administered by a non-government entity, Collaborative Testing Services of Alexandria, Virginia. All tests have been successfully passed.

**PROFESSIONAL**
**MEMBERSHIPS**

| | | |
|---|---|---|
| 6/73 | Present | International Association for Identification, Questioned Documents Section |
| 2/87 | Present | American Academy of Forensic Sciences, Questioned Documents Section |
| 2000 | Present | Mid-Atlantic Association of Forensic Scientist, Questioned Documents Section |

**PAPERS**
**PRESENTED**    "The Necessity of a Pre-Trial Conference", AAFS, Los Angeles, CA, 1981
"The Examination of Suspect Credit Cards", AAFS, San Diego, CA, 1987
"Nigerian Handwriting", ASQDE & SWAFDE, Aurora, CO, 1988
"Those Who Judge", ASQDE, Milwaukee, WI, 1992
"USA Today", ASQDE, Ottawa, Ontario, 1993
"African Hand Printing", ASQDE, Long Beach, CA, 1994
"Update On Yet Another Daubert Applicability Test", ASQDE, Scottsdale, AZ, 1997
"Electronic Prepress vs. Conventional Stripping", ASQDE, Indianapolis, IN, 1998

**TEACHING**    Adjunct Professor and instructor of questioned documents examination at The George Washington University, Washington, DC; National University, San Diego, CA; Grossmont Junior College; La Mesa, CA; Northern Virginia Community College, Vienna, VA and the Federal Law Enforcement Training Center, at Brunswick, GA; Artesia, NM, Attorney General's Advocacy Institute, and the U.S. Department of Justice, Washington, DC

**OF NOTE**    **Cited in United States v. Paul, 175 F. 3d 906,910 (11th Cir.) (handwriting analysis reliable) under Daubert / Kumho Tire formula (1999)**
Featured in *Voices* **"your papers please"**, *Baltimore Magazine*, May, 1999
**Examiner of Record for Lee Boyd Malvo Defense Team. Testified to results at capitol serial killer murder trial (Commonwealth v Lee Boyd Malvo, K102888) Norfolk, Virginia, December 4, 2003**

**EDUCATION**    George Mason University, Fairfax, VA, 1980, Bachelors of Individualized Study Degree
Community College of Baltimore, Baltimore, MD, 1972, Associates of Arts Degree, Law Enforcement



**PLAINTIFF'S EXHIBIT**
*E*
ALL-STATE LEGAL®

FORENSIC DOCUMENT SOLUTIONS

## LARRY F. ZIEGLER

*Forensic Examiner of Questioned Documents*
Retired FBI Document Examiner • Certified • Court Qualified
101 Flosway Lane • Berkeley Springs, West Virginia 25411
1-866-410-8472 • 304-258-8472 • fax: 304-258-8463
email: larryziegler@forensicdocumentsolutions.com          web site: www.forensicdocumentsolutions.com

## COURT TESTIMONY OF LARRY F. ZIEGLER
## 1999 - PRESENT

Cited/Testified in <u>United States v. Paul</u>, 175 F.3d 906,910 (11th Cir.) (handwriting analysis) under <u>Daubert/Kumo Tire</u> formula (1999). In Person Testimony.

August 21, 2003, (In Person Testimony) Arbitration Hearing: Choice Hotels International, Inc. v. Shiv Hospitality, L.L.C., et al (File No. LA-080). Retained by Kerry S. McGeever, Esq., (301) 592-6318, 10750 Columbia Pike, Silver Spring, MD 20901.

September 15, 2003, (In Person Testimony) Common Pleas Court, Chambersburg, PA before the Honorable Judge Douglas Herman with regard to the Estate of Richard J. Kehler. Retained by Law Office Of Rosemary A. McDermott, Esq. (301) 271-7886, 128 East Main Street, Thurmont, MD 21788.

February 12, 2003, (In Person Testimony) Kingston, PA, Majer v. State Farm Insurance, Docket No.:3:CV-01-1958. Retained by Lawrence A. Durkin, Esq., Cardoni & Associates, L.L.C., Trial Attorneys, 340 Market Street, Suite 100, Kingston, Pennsylvania 18704-5498.

February 24, 2003, (In Person Testimony) Baltimore Immigration Court, 4th Floor, George H. Fallon Federal Building, 31 Hopkins Plaza, Baltimore, MD, before the Honorable United States Immigration Judge Jill H. Dufresne. Respondent in Removal Proceedings. Retained by Law Firm Of Latham & Watkins, 555 Eleventh Street, N.W., Suite 1000, Washington, D.C. 20004-1304. Steven H. Schulman, Esq., James K. Freeman, Esq., Jason M. A. Twining (202) 637-2200), Counsel to Keith Fonta.

July 09, 2003, (In Person Testimony) District Court of Maryland for Frederick County, 100 West Patrick Street, Frederick, MD 21701-5548. Civil Case NO.: 1101 – 0003596-2001, Complaint NO.: 001, Musaitif, Samih vs. Darwish, Satim, before the Honorable Judge Milner Roberts. Retained by Law Office Of John Sica, Esq. (301) 663-1040).

December 4, 2003. Examiner of Record for Lee Boyd Malvo Defense Team. Testified to results at capitol serial killer murder trial (<u>Commonwealth v Lee Boyd Malvo, K102888</u>) Norfolk, Virginia, December 4, 2003. In Person Testimony. Retained by Mark Petrovich, Esq. (703) 323-1200 with the Law Offices Of Martin, Arif, Petrovich & Walsh, A Partnership Corporations, 8001 Braddock Road #105, Springfield, Virginia 22151



PLAINTIFF'S
EXHIBIT
F

September 15, 2005, (In Person Testimony) Court of Common Pleas of Cambria County Courthouse, 200 S. Center Street, Ebensburg, PA 15931-1947 before the Honorable Judge Eugene A. Creamy. Retained by Patrick J. Skelly, II, Esq., (540) 587-8822 - 321 West Main Street, Suite A, P.O. Box 888, Bedford, Virginia 25423.

March 06, 2006, Circuit Court for Baltimore County, MD, Case Number 03-C-04009758DA regarding Spodak v. Spodak (In Person Testimony). Testified in Judge Lawrence B. Daniels' Court on behalf of Dr. Michael K. Spodak. Retained by The Law Offices of Christine S. Nielson (410) 825-7200), 212 Washington Avenue, 3rd Floor, Towson, MD 21204.

March 21, 2006, Immigration Court, Baltimore, MD (In Person Testimony) in the matter of Remigius Chima Ozor, Respondent, in removal proceedings before the Honorable Immigration Judge Bruce M. Barrett. Retained by MaryRose Ozee Nwadike, Esq., (301) 565-2424 with the Law Offices Of Monn, LLC., Attorneys At Law, Suite 600, 8701 Georgia Avenue, Silver Spring, Maryland 20910.

*August 11, 2006, Loudoun Juvenile and Domestic Relations Court, 18 E. Market Street, Leesburg, VA 20176 (In Person Testimony) before the Honorable Judge Burke F. Cahill. Retained by Sandra Cole – Client, who was represented by Walter C. Jacob, Esq., Case Number: CR00017365, Commonwealth of Virginia.

August 30, 2006, Immigration Court, (Telephonic Testimony) Yong Gen, Xiu Fan, and Xiu Yun CHEN IN Removal Proceedings. Immigration Judge's name not known. Retained by Gabriella Wood Coo, Esq., (714) 558-7608 Law Firm Of; 1819 North Broadway, Santa Ana, CA 92706.

*Continuation: August 31, 2006, Loudoun Juvenile and Domestic Relations Court, 18 E. Market Street, Leesburg, VA 20176 (In Person Testimony) before the Honorable Judge Burke F. Cahill. Retained by Sandra Cole – Client, who was represented by Walter C. Jacob, Esq., Case Number: CR00017365-00, Commonwealth of Virginia.

September 4, 2007, Immigration Court, Las Vegas, NV (Telephonic Testimony) in the Matter of ESTIFANOS, Mussie, Respondent, in removal proceedings before the Honorable Immigration Judge Ronald Mullins. Retained by the Law Office of Sylvia L. Esparza, Esq., (702) 853-0233, 3340 Pepper Lane, Suite 105, Las Vegas, NV 89120.

May 16, 2007, Greenbrier County Civil Action No. 04-C-239 (In Person Testimony) in the matter of Hawken v. Smith before the Honorable Judge Swope in Lewisburg, WV. Retained by Law Office Of Robert E. Richardson, Esq. (304) 645-2850 – 114 West Washington Street, P.O. Box 1865, Lewisburg, West Virginia 24901.

September 14, 2007, Immigration Court, New York, New York (Telephonic Testimony) in the Matter of CHUKIE, Karma, Respondent, in removal proceedings before the Honorable Immigration Judge Gabriel Videla. Retained by the Shannon Lazzarini, Esq., (212) 735-27742774 with the Law Firm Of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York 10036-6522.

## FORENSIC DOCUMENT SOLUTIONS

### LARRY F. ZIEGLER

*Forensic Examiner of Questioned Documents*
Retired FBI Document Examiner • Certified • Court Qualified
101 Flosway Lane • Berkeley Springs, West Virginia 25411
1-866-410-8472 • 304-258-8472 • fax: 304-258-8463
email: larryziegler@forensicdocumentsolutions.com          web site: www.forensicdocumentsolutions.com

---

# DEPOSITIONS OF LARRY F. ZIEGLER
## February 06, 2004 - PRESENT

**2003 : WAS NOT DEPOSED.**

**Cary Spires v. INOVA Health Care and Syed Ali, Court File Number 205619.** Deposed on **Friday, February 06, 2004** at 12:00 Noon in the Law Offices of Robert E. Worst, Esq., (703) 691-3331 Kalbaugh, Pfund & Messersmith P.C., 4031 University Drive, Suite 300, Fairfax, VA 22030. Retained by Robert E. Worst, Esq.

Deposed **(In the Matter of the Estate of George S. Shea, Sr.** on Monday, August 29, 2005 in my home office at 10:30 AM, 101 Flosway Lane, Berkeley Springs, WV 25411. Retained by Charles Bagley, IV, Esq., (410) 573-1636) with the Law Firm of Bagley & Rhody, P.C., Building 1000, Suite 1001, 2661Riva Road, Annapolis, MD 21401:

**In the Matter of the Estate of George S. Shea, Sr.**
Orphans' Court for Anne Arundel County/Estate Number: 54231
Martha C. Lee, et al. vs. Martin C. Dennis
Circuit Court for Anne Arundel County
Case Number: 9799.01

Martha C. Lee, et al vs. Lesley C. Smith, et al
Circuit Court for Anne Arundel County
Case Number: 02-C-04-098743

**Yvonne Douglas vs. John K. Walsh, Jr. and Walsh & Walsh,** Superior Court of New Jersey Law Division – Essex County Docket No. L-2198-05 Civil Action. Deposed on **Friday, October 26, 2007** at 12:30PM in the offices of Henderson Legal Services, 1015 15th Street, Northwest, Suite 525, Washington, D.C. by Robert B. Rosen, Esq., Hellring Lindeman Goldstein & Siegel LLP -, New Jersey One Gateway Center- Newark, New Jersey 07102 while retained by the Law Firm of Cornelius A. Mahoney, Esq., (212) 385-1422 Mahoney and Keane, LLP, 111 Broadway, 10th Floor – New York, New York 10006.

