IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEMARIE H. TRUMAN, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No.: 07-cv-1556 (RMU) |
| v. | * |
| | * |
| FRED B. GOLDBERG, et al., | * |
| | * |
| Defendants. | * |
| | * |

**DEFENDANTS' CONSENT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b), and with consent of the Plaintiff, the Defendants, Fred B. Goldberg, Julian H. Spirer, and Spirer & Goldberg, P.C., by and through their attorneys, JORDAN COYNE & SAVITS, L.L.P., Deborah Murrell Whelihan, and Wesley P. Gelb, move to modify this Honorable Court's Scheduling Order dated January 14, 2008 to extend the Defendants' Fed. R. Civ. P. 26(a)(2) deadline from the current deadline of April 14, 2008 until April 29, 2008. As grounds therefor, the Defendants state as follows:

1.     This is a legal malpractice action in which the Plaintiff alleges that the Defendants were negligent in their handling of three cases on her behalf.

2.     Due to the volume of documents generated in the underlying cases, the Plaintiff recently produced 7 bankers' boxes of documents to the Defendants. For the most part, the documents were produced in the manner they were kept, requiring counsel to spend several hours organizing the documents before they could be reviewed and analyzed. In addition, the Defendants are in possession of 3 bankers' boxes of documents which will be produced to the Plaintiff shortly.

3. Because of the volume of documents just received by the Defendants, the Defendants' experts have not had sufficient time to review and analyze the documents in order to prepare their opinions in compliance with the Defendants' Rule 26(a)(2) disclosure obligations.

4. The current Scheduling Order requires the Defendants to disclose their experts' opinions by April 14, 2008. The Defendants request that this deadline be extended 15 days until April 29, 2008. A proposed Order is attached.

5. The Parties have not made any previous requests to modify the Scheduling Order.

6. The Plaintiff's counsel consents to this Motion and the relief requested herein. No other deadlines will be affected by this extension.

WHEREFORE, the Defendants, Fred B. Goldberg, Julian H. Spirer, and Spirer & Goldberg, P.C., with the consent of the Plaintiff, respectfully request that this Honorable Court grant the relief sought by the Defendants and allow them until April 29, 2008 to provide the Plaintiff with their Rule 26(a)(2).

Respectfully submitted,

**JORDAN, COYNE & SAVITS, L.L.P.**

By:   /s/ **Wesley P. Gelb**
Deborah Murrell Whelihan, #412454
Wesley P. Gelb, #490007
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C. 20036
(202) 296-4747
(202) 496-2800 facsimile
d.whelihan@jocs-law.com
w.gelb@jocs-law.com

## STATEMENT OF POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 6(b), and

2. Local Rule 7.

                              **/s/ Wesley P. Gelb**
                              Wesley P. Gelb

## LCvR 7(m) STATEMENT

I, Wesley P. Gelb, hereby certify that I conferred with the Plaintiff's counsel, Toni-Ann DiMaggio, Esquire, on April 8, 2008 and that this Motion is filed with the consent of Ms. DiMaggio.

                              **/s/ Wesley P. Gelb**
                              Wesley P. Gelb

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants' Consent Motion to Amend the Scheduling Order, was mailed, postage prepaid, this  9th  day of April, 2008, to:

        David G. Whitworth, Jr., Esquire
        Toni-Ann DiMaggio, Esquire
        Whitworth & Trunnell, P.A.
        2101 Defense Highway
        Crofton, MD 21114

                              **/s/ Wesley P. Gelb**
                              Wesley P. Gelb

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEMARIE H. TRUMAN, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No.: 07-cv-1556 (RMU) |
| v. | * |
| | * |
| FRED B. GOLDBERG, et al., | * |
| | * |
| Defendants. | * |
| | * |

**ORDER**

Upon consideration of Defendants' Consent Motion to Amend the Scheduling Order, and the entire record herein, it is by the Court this _____ day of _____, 2008

**ORDERED**, that Defendants' Consent Motion to Amend the Scheduling Order shall be and is hereby **GRANTED**; and it is further

**ORDERED**, that the deadline for Defendants to disclose their Rule 26(a)(2)(B) Statement be extended to April 29, 2008.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

Copies To:

David G. Whitworth, Jr., Esquire
Toni-Ann DiMaggio, Esquire
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, MD 21114

Deborah Murrell Whelihan, Esquire
Wesley P. Gelb, Esquire
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036