IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEMARIE H. TRUMAN, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No.: 07-cv-1556 (RMU) |
| v. | * |
| | * |
| FRED B. GOLDBERG, et al., | * |
| | * |
| Defendants. | * |
| | * |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT SPIRER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the plaintiff, Rosemarie Truman, and the defendants, Frederick "Fred" B. Goldberg, Esquire, Julian H. Spirer, Esquire, and the law firm of Spirer & Goldberg, P.C., by and through their respective undersigned counsel, stipulate and agree to the dismissal of the plaintiff's claims against the defendant, Julian H. Spirer, Esquire, and to the dismissal of the defendant, Julian H. Spirer, Esquire, from this action <u>with prejudice</u>.  This Stipulation does not affect the plaintiff's claims against the defendants, Frederick "Fred" B. Goldberg, Esquire and the law firm of Spirer & Goldberg, P.C.

Respectfully submitted,

| | |
|---|---|
| **WHITWORTH & TRUNNELL, P.A.** | **JORDAN COYNE & SAVITS, L.L.P.** |
| By: **/s/ Toni-Ann DiMaggio** | By: **/s/ Wesley P. Gelb** |
| David G. Whitworth, #224139 | Deborah Murrell Whelihan, #412454 |
| Toni-Ann DiMaggio, # 490860 | Wesley P. Gelb, #490007 |
| 2101 Defense Highway | 1100 Connecticut Avenue, NW |
| Crofton, MD 21114 | Suite 600 |
| (301) 261-0035 | Washington, D.C.  20036 |
| (301) 261-0114 facsimile | (202) 296-4747 |
| DWhitworth@WSTLaw.com | (202) 496-2800 facsimile |
| TDiMaggio@WSTLaw.com | d.whelihan@jocs-law.com |
| | w.gelb@jocs-law.com |
| Attorneys for Plaintiff | |
| | Attorneys for Defendants |