IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSEMARIE H. TRUMAN            *

      Plaintiff,              *

v.                              *       Civil Action No.: 1:07-cv-01556

FRED B. GOLDBERG, et al         *

      Defendants.            *

*   *   *   *   *   *   *   *   *   *   *   *   *

NOTICE OF SUBSTITUTION OF COUNSEL

Please **STRIKE** the appearance of Toni-Ann DiMaggio and **ENTER** the appearance of Lisa M Goldblatt of Whitworth & Trunnell, P.A., 2101 Defense Highway, Maryland, Crofton, Maryland 21114, on behalf of the Plaintiff, in the above-referenced matter.

      Respectfully submitted,

      /s/Lisa M. Goldblatt
      Lisa M Goldblatt (#489011)
      Whitworth & Trunnell, PA
      2101 Defense Highway
      Crofton, Maryland 21114
      (301) 261-0035
      lgoldblatt@wstlaw.com
      *Attorney for Plaintiff*

      /s/Toni-Ann DiMaggio
      Toni-Ann DiMaggio (#490860)
      Whitworth & Trunnell, P.A.
      2101 Defense Highway
      Crofton, Maryland 21114
      (301) 261-0035
      tdimaggio@wstlaw.com
      *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

    I, Toni-Ann DiMaggio, hereby certify that on this 28th day of April, 2008, a copy of the foregoing Notice of Substitution of Counsel was sent via electronic filing to: Deborah Murrell Whelihan and Wesley P. Gelb, Jordan Coyne & Savits, LLP, 1100 Connecticut Avenue, NW, Suite 600, Washington, DC 20036.

                                                                  /s/Toni-Ann DiMaggio  
                                                                  Toni-Ann DiMaggio  (#490860)