IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSEMARIE H. TRUMAN, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No.: 07-cv-1556 (RMU) |
| v. | * |
| | * |
| FRED B. GOLDBERG, et al., | * |
| | * |
| Defendants. | * |
| | * |

### P R A E C I P E

The Clerk of the Court will please withdraw the appearance of Wesley P. Gelb as counsel for Defendants, Frederick ("Fred") B. Goldberg, Esquire, Julian H. Spirer, Esquire, and Spirer & Goldberg, P.C.  **Deborah M. Whelihan will remain as counsel of record.**

Respectfully submitted,

**JORDAN, COYNE & SAVITS, L.L.P.**

By:  /s/ Wesley P. Gelb
Deborah Murrell Whelihan, #412454
Wesley P. Gelb, #490007
1100 Connecticut Avenue, NW
Suite 600
Washington, D.C.  20036
(202) 296-4747
(202) 496-2800 facsimile
d.whelihan@jocs-law.com
w.gelb@jocs-law.com

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a true copy of the foregoing Praecipe was served electronically, this 9th day of June, 2006 to:

    David G. Whitworth, Jr., Esquire
    Whitworth & Trunnell, P.A.
    2101 Defense Highway
    Crofton, MD 21114

      /s/ **Wesley P. Gelb**
      Wesley P. Gelb