IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEMARIE H. TRUMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No.: 07-cv-1556 (RMU) |
| v. | * | |
| | * | |
| FRED B. GOLDBERG, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the plaintiff, Rosemarie Truman, and the remaining defendants, Frederick "Fred" B. Goldberg, Esquire and the law firm of Spirer & Goldberg, P.C., by and through their respective undersigned counsel, stipulate and agree to the dismissal of the plaintiff's claims against the remaining defendants, Frederick "Fred" B. Goldberg, Esquire and the law firm of Spirer & Goldberg, P.C., with prejudice and to the dismissal of this action with prejudice.

Respectfully submitted,

**WHITWORTH & TRUNNELL, P.A.**       **JORDAN, COYNE & SAVITS, L.L.P.**

By: **/s/ David G. Whitworth**         By: **/s/ Deborah Murrell Whelihan**
    David G. Whitworth, #224139         Deborah Murrell Whelihan, #412454
    2101 Defense Highway             1100 Connecticut Avenue, NW
    Crofton, MD 21114                Suite 600
    (301) 261-0035                   Washington, D.C.  20036
    (301) 261-0114 facsimile          (202) 296-4747
    DWhitworth@WSTLaw.com       (202) 496-2800 facsimile
                                  d.whelihan@jocs-law.com

Attorneys for Plaintiff

                                  Attorneys for Defendants